IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.  Cr. No. H-24-0016-S1

ARTHUR HECTOR FERNANDEZ III

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel has accepted a new professional opportunity and will no long be employed with the Office of the Federal Public Defender after February 28, 2025. Another attorney with the Federal Public Defender's Office has already filed a notice of appearance.

Accordingly, it is respectfully requested that Darryl Austin be relieved of further responsibilities in this matter.

Respectfully submitted,
PHILIP G. GALLAGHER
Federal Public Defender
Southern District of Texas No. 566458
New Jersey State Bar No. 2320341

By /s/ Darryl E. Austin
DARRYL AUSTIN
Assistant Federal Public Defender
Attorney in Charge
New Jersey State Bar ID No. 023352008
Southern District of Texas No. 2659614
Attorneys for Defendant
440 Louisiana, Suite 1350
Houston, TX 77002-1056
Telephone:   713.718.4600
Fax:   713.718.4610