United States District Court
Southern District of Texas
**ENTERED**
March 04, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.  Cr. No. H-24-0016

ARTHUR HECTOR FERNANDEZ III

### O R D E R

The Court has considered the Unopposed Motion to Continue, wherein counsel for Defendant, Arthur Hector Fernandez III, has represented that more time is needed to conduct discovery, prepare pretrial motions, and prepare for trial, and that failure to grant a continuance would result in a miscarriage of justice. Based on the representations made in the Unopposed Motion to Continue, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the Defendant, to a speedy trial. The Court also finds that pursuant to Title 18 U.S.C. §§ 3161(h)(7)(A) & (B), failure to grant a continuance would result in the miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation.

The Unopposed Motion to Continue is therefore GRANTED. It is ORDERED that a period of excludable delay shall commence on, __March 10__, 2025, pursuant to Title 18 U.S.C. §§ 3161(h)(7)(A) & (B). The period of excludable delay shall end at commencement of trial or disposition of charges.

Pretrial motions shall be filed by __June 18, 2025__.

Responses shall be filed by __July 2, 2025__.

A pretrial conference is set for __July 16, 2025__ at __10:30__ am / .

Trial in this case is set for __July 21, 2025__ at __9:00__ am / .

SIGNED at Houston, Texas, on the __3rd__ day of __March__ 2025.

_____
KEITH P. ELLISON,
UNITED STATES DISTRICT JUDGE