Case 4:24-cr-00016   Document 36   Filed on 07/11/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 14, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.     Cr. No. H-24-0016

ARTHUR HECTOR FERNANDEZ III

## O R D E R

The Court has considered the Unopposed Motion to Continue, wherein counsel for Defendant, Arthur Hector Fernandez III, has represented that more time is needed to conduct discovery, prepare pretrial motions, and prepare for trial, and that failure to grant a continuance would result in a miscarriage of justice. Based on the representations made in the Unopposed Motion to Continue, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the Defendant, to a speedy trial. The Court also finds that pursuant to Title 18 U.S.C. §§ 3161(h)(7)(A) & (B), failure to grant a continuance would result in the miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation.

The Unopposed Motion to Continue is therefore GRANTED. It is ORDERED that a period of excludable delay shall commence on, __July 21__, 2025, pursuant to Title 18 U.S.C. §§ 3161(h)(7)(A) & (B). The period of excludable delay shall end at commencement of trial or disposition of charges.

Pretrial motions shall be filed by __September 17, 2025__.

Responses shall be filed by __October 1, 205__.

A pretrial conference is set for __October 15, 2025__ at __10:30__ am / .

Trial in this case is set for __October 20, 2025__ at __9:00__ am / .

SIGNED at Houston, Texas, on the __11th__ day of __July__ 2025.

_____
KEITH P. ELLISON,
UNITED STATES DISTRICT JUDGE

2